# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:17-cv-02582-RC |
| | ) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 7, 2018, Minute Order, Plaintiff Public Citizen, Inc. and Defendant United States Department of Housing and Urban Development ("HUD") submit this Joint Status Report.

The parties agree that the only remaining issue in this case is attorneys' fees and costs. To allow time for the parties to attempt to resolve this issue without further involvement of the Court, the parties propose that they attempt to negotiate a resolution and that, by July 31, 2018, either the parties submit a joint stipulation of dismissal, or plaintiff files its petition for an award of attorneys' fees and costs.

Dated: June 7, 2018                    Respectfully submitted,

/s/ Rebecca Smullin
Rebecca Smullin (D.C. Bar No. 1017451)
Patrick D. Llewellyn (D.C. Bar No. 1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

(202) 588-1000
rsmullin@citizen.org

*Counsel for Plaintiff*

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: /s/ Jason T. Cohen
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2523
E-mail: Jason.Cohen@usdoj.gov

*Counsel for Defendant*